978 A.2d 347

**T.W. PHILLIPS GAS AND OIL CO. and PC Exploration, Inc., Respondents**

v.

**Ann JEDLICKA, Petitioner.**

Supreme Court of Pennsylvania.

July 29, 2009.

## *ORDER*

PER CURIAM.

AND NOW, this 29th day of July, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, as framed by the Petitioner, is:

Did the Superior Court misapply the decision of this Court in *Young v. Forest Oil Co.*, 194 Pa. 243, 45 A. 121 (1899), by holding that Pennsylvania employs a purely subjective test to determine whether an oil or gas lease has produced "in paying quantities."